**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ernest Leigh RICKETTS, a/k/a Ernie Ricketts, Defendant–Appellant.**

No. 02–7894.

United States Court of Appeals,
Fourth Circuit.

Submitted April 17, 2003.

Decided April 22, 2003.

Marvin David Miller, Alexandria, Virginia, for Appellant. N. George Metcalf, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Ernest Leigh Ricketts, seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude Ricketts has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*